**Electronically Filed
Supreme Court
SCWC-18-0000180
31-DEC-2019
09:47 AM**

SCWC-18-0000180

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SOPHINA PLACENCIA,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000180; CASE NO. 1PC151000445)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Sophina Placencia's application for writ of certiorari filed on November 8, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 31, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

